UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 JUN -2 PM 4: 14

UNITED STATES OF AMERICA

VERSUS

WAYNE LEE PALMER

CRIMINAL

NUMBER 05-121-A-M3

SIGN_____
by DEPUTY CLERK

## O R D E R

We, the undersigned magistrate judges, hereby recuse ourselves in this matter.

Baton Rouge, Louisiana, this 2nd day of June, 2005.

_____
CHRISTINE NOLAND
UNITED STATES MAGISTRATE JUDGE

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE