

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO: 05-121 |
| WAYNE LEE PALMER | * | SECTION: "LMA"(LM) |

### ORDER

**IT IS ORDERED** that a status conference be held, via telephone, in the above captioned matter on **THURSDAY, January 10, 2008, at 10:00 a.m.**

Ms. Catherine Maraist, Assistant United States Attorney for the Government and Mr. Richard Upton, Esquire, representing defendant Palmer have both been notified.

Baton Rouge, Louisiana, this 8th day of January, 2008.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY:**
Richard M. Upton, Esquire, for Wayne Lee Palmer
and
Catherine M. Maraist, Assistant U.S. Attorneys