UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 05-121-LMA-LM

VERSUS

WAYNE LEE PALMER

### MOTION TO SET HEARING

**NOW INTO COURT,** through undersigned counsel comes the defendant, WAYNE LEE PALMER, who respectfully represents:

1.

In 2005, the defendant was indicted for making a false statement to a licensed firearms dealer in violation of 18 U.S.C. § 922(a)(6), and possession of firearms and ammunition by a person adjudicated a mental defective in violation of 18 U.S.C. § 922(g)(4). (Rec. Doc. 9).

2.

In 2010, the defendant waived a jury trial and proceeded with a bench trial. The defendant was found not guilty only by reason of insanity and committed to a suitable facility until such time as he is eligible for release pursuant to 18 U.S.C. § 4243(e). (Rec Doc 120).

3.

On November 24, 2020 the defendant was determined to be eligible for release under appropriate conditions by the staff at FMC Rochester, in Rochester Minnesota.

4.

Pursuant to 18 U.S.C. § 4243(f) the defendant moves this Court for a hearing to determine if he should be released based on the recommendation of the staff at FMC Rochester where he is currently being held.

WHEREFORE, the defendant, WAYNE LEE PALMER, respectfully requests that the Court set this matter for hearing.

                RESPECTFULLY SUBMITTED:

                REBECCA L. HUDSMITH
                FEDERAL PUBLIC DEFENDER FOR THE
                MIDDLE & WESTERN DISTRICTS OF LOUISIANA

                By:    S/ Richard M. Upton
                **RICHARD M. UPTON, BAR NO.12984**
                Assistant Federal Public Defender
                707 Florida Street, Suite 303
                Baton Rouge, Louisiana 70801
                (225) 382-2118 (Phone)
                (225) 382-2119 (Fax)
                Mark_Upton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney Patricia Jones by operation of the court's electronic filing system.

                S/Richard M. Upton

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CRIMINAL NO.  05-121-LMA-LM

VERSUS

WAYNE LEE PALMER

## **ORDER**

**IT IS ORDERED THAT** this matter be set for hearing on the _____ day of _____, 2021 at _____ am/pm to determine if the defendant should be released based on the recommendation of the staff at FMC Rochester where he is currently being held.

**DATED AND SO ORDERED** this _____ day of _____, 2021, at New Orleans, Louisiana.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT COURT JUDGE